AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics
In Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Junell, Robert A | 2. Court or Organization<br><br>U.S. District Court, WDTX | 3. Date of Report<br><br>5/15/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5. ReportType (check appropriate type)<br><br>◯ Nomination,　　Date<br><br>◯ Initial　　◉ Annual　　◯ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br><br>200 E. Wall Street, Suite 101<br><br>Midland, TX 79701 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____　Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE  = (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Executor (Estate 1) | |
| 2. Executor (Estate 2) | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1989 | State of Texas Retirement Plan |

RECEIVED
2005 MAY 17 A 9: 06
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | State of Texas Retirement | 29136 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Rebecca Phy & Rachel Baring | Ranch Land, Tom Green County, Texas | L |
| 2. | San Angelo National Bank | Trav l Trailer | K |

# FINANCIAL DISCLOSURE REPORT
## Page 1 of 2

Name of Person Reporting
Junell, Robert A

Date of Report
5/15/2005

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Wells Fargo Bank (Account) | C | Interest | M | T | | | | | See Note in Part VIII |
| 2. Estate 2 | E | Distribution | M | T | | | | | See Note in Part VIII |
| 3. - Insurance Policy (General American Life) | | | | | | | | | |
| 4. - Insurance Policy (Pan American Life) | | | | | | | | | |
| 5. - ExxonMobile | | | | | | | | | |
| 6. - ConEdison | | | | | | | | | |
| 7. - Oklahoma Gas & Electric | | | | | | | | | |
| 8. - Royalty Interest in Aspen Corp. | | | | | | | | | |
| 9. - Royalty Interest in Moriam Corp. | | | | | | | | | |
| 10. - Royalty Interest in McClymond Corp. | | | | | | | | | |
| 11. - Royalty Interest in North Ridge Corp. | | | | | | | | | |
| 12. - Royalty Interest in Lowrance, Inc. | | | | | | | | | |
| 13. Farm - Collinsworth County, TX | D | Rent | L | W | | | | | |
| 14. Farm - Tom Green County, TX | D | Rent & ** | N | W | Loss | 12/31 | J | | **sale of livestock |
| 15. Merill Lynch 401K | | | | | Trans. | 5/13 | J | | Trans. to TSP |
| 16. Merill Lynch 401K | | | | | Trans. | 1/14 | N | | Trans. to TSP |
| 17. Filer IRA #1 UBS (Mutual Funds-Brinson S&P) | | | | | Trans. | 3/10 | L | | Trans. to TSP |
| 18. IRA #2 UBS | A | Interest | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Junell, Robert A | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. - Concho Valley Corp. | | | | | | | | | |
| 20. - TINT Treasury | | | | | | | | | |
| 21. - Cert. Accrual Treasury (1) | | | | | | | | | |
| 22. - Cert. Accrual Treasury (2) | | | | | | | | | |
| 23. - FHLB 0 Series A1 | | | | | | | | | |
| 24. - Money Market Fund | | | | | | | | | |
| 25. Money Market Account #1 UBS | A | Interest | K | T | | | | | |
| 26. Money Market Account #2 UBS | A | Interest | J | T | sell | 7/27 | | | |
| 27. First National Bank of Mertzon (Accounts) | A | Interest | K | T | | | | | |
| 28. Wells Fargo Bank (Accounts) | A | Interest | J | T | | | | | |
| 29. Executive Life Insurance | F | None | N | T | | 04/01 | | | See note in Part VIII |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report)

Part VI "Liabilities" Line 1 - The liability is to those two individuals from whom the Judge purchased the land (not a bank). Payments are made directly to them.

Part VII "Investments and Trusts" Line 1 - Judge Junell became the executor of ▓▓▓▓▓▓ estate upon her death in 2003. The estate has been distributed and the Judge's share of the proceeds continue to remain in Wells Fargo.

Part VII "Investments and Trusts" Line 2 - Judge Junell became the Executor of ▓▓▓▓▓▓ estate upon her death in October, 2004. The total amount of the estate is approximately $212,240. He has distributed approximately $62,000 of the estate. The estate was divided by three (3) and the Judge's current portion was approximately $22,600. The remainder of the estate will probably be divided in 2005.

Part VII "Investments and Trusts" Line 29 - The amount received was the result of a settlement of a law suit in the 1980's while Judge Junell was an attorney. The amount will be distributed over four (4) years and is a fixed-amount.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

Date ___5 -11 -05___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544